147 A.3d 447

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
KARRIEM A. ROYSTER (A/K/A RAHEEM JENKINS,
PHILLIP MAURO), DEFENDANT-RESPONDENT.

Filed July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5127-11 and A-592-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 448

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
STUDIO 45 DISCOTHEQUE, INC. AND EDUARDO
GONZALEZ, DEFENDANTS-PETITIONERS.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000242-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.